AGN, CJRA-C, CLOSED

# U.S. District Court
## Southern District of Mississippi (Jackson)
## CIVIL DOCKET FOR CASE #: 3:04-cv-00722-WHB-AGN

Coleman v. Pfizer, Inc., et al  
Assigned to: District Judge William H. Barbour, Jr  
Referred to: Magistrate Judge Alfred G. Nicols  
Demand: $0  
Cause: 28:1332 Diversity-Product Liability  

Date Filed: 08/31/2004  
Jury Demand: None  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity  

**Plaintiff**

**Keith Coleman**        represented by    **Christopher H. Neyland**
NEYLAND & BREWER, PLLC
P. O. Box 3373
Ridgeland, MS 39158
601/605-0724
Email: neyland@neylandandbrewer.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**        represented by    **Walter T. Johnson**
WATKINS & EAGER
P. O. Box 650
Jackson, MS 39205-0650
(601) 948-6470
Email: wjohnson@watkinseager.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

CM/ECF LIVE - U.S. District Court: Mississippi Southern D... https://ecf.mssd.uscourts.gov/cgi-bin/DktRpt.pl?697449147...
Case 1:05-cv-11504-PBS   Document 13   Filed 08/18/2005   Page 2 of 4

**John Does**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/31/2004 | 1 | COMPLAINT Filing Fee $ 150.00 Receipt # 00567 ; Notice of Assignment mailed. (thr) (Entered: 09/02/2004) |
| 08/31/2004 | | Case assigned to Pending Track - designation of appropriate track will be made after Case Management Conference and a final track assignment. (thr) (Entered: 09/02/2004) |
| 08/31/2004 | | Magistrate Judge Assignment Alfred G. Nicols (thr) (Entered: 09/02/2004) |
| 11/16/2004 | | SUMMONS(ES) issued for defendant Pfizer, Inc. (sec) (Entered: 11/16/2004) |
| 12/16/2004 | 2 | STIPULATION AND ORDER; that parties have agreed to grant counsel for defendant additional time to investigate this matter; that counsel for plaintiff has agreed to grant such an extension to respond to the complaint and the parties have agreed that an answer is due on or before January 21, 2005 set Answer deadline to 1/21/05 for Pfizer, Inc. ( signed by Magistrate Judge Alfred G. Nicols ); copies mailed. (sec) (Entered: 12/17/2004) |
| 01/18/2005 | 3 | ANSWER to Complaint by Pfizer, Inc.(THR, ) (Entered: 01/20/2005) |
| 02/05/2005 | 4 | Rule 16.1(A) Initial Order setting Telephonic Case Management Conference (wg, ) (Entered: 02/05/2005) |
| 02/05/2005 | | Set Deadlines/Hearings: Telephonic Case Management Conference set for 3/21/2005 11:45 AM before Magistrate Judge Alfred G. Nicols. (wg, ) (Entered: 02/05/2005) |
| 03/17/2005 | 5 | Pre-Discovery Disclosure by Pfizer, Inc..(Johnson, Walter) (Entered: 03/17/2005) |
| 03/22/2005 | | Minute Entry for proceedings held before Judge Alfred G. Nicols : Telephonic Case Management Conference held |

| | | |
|---|---|---|
| | | on 3/22/2005. Case Management Order shall be entered by the Court setting this case for trial on a calendar commencing 9/18/2006. (wg, )(T: 20) (Entered: 03/25/2005) |
| 03/26/2005 | 6 | SCHEDULING ORDER: Final Pretrial Conference set for 8/11/2006 09:00 AM before District Judge William H. Barbour Jr.. Amended Pleadings due by 4/24/2005. Discovery due by 4/18/2006. Discovery due by 4/5/2005. Designate Experts Plaintiff Deadline due by 1/18/2006. Designate Experts for Defendant Deadline due by 2/18/2006. Non-Jury Trial set for 9/18/2006 09:00 AM before District Judge William H. Barbour Jr.. Joinder of Parties due by 4/24/2006. Motions due by 5/3/2006.. Signed by Judge Alfred G. Nicols on March 25, 2005. (wg, ) (Entered: 03/26/2005) |
| 04/04/2005 | 7 | NOTICE of Service of Disclosure by Keith Coleman.(THR, ) (Entered: 04/04/2005) |
| 04/13/2005 | 8 | NOTICE of Service of Interrogatories by Pfizer, Inc..(Johnson, Walter) (Entered: 04/13/2005) |
| 04/13/2005 | 9 | NOTICE of Service of Request for Production by Pfizer, Inc..(Johnson, Walter) (Entered: 04/13/2005) |
| 07/05/2005 | | Copy of conditional transfer order from MDL. (Moore, Janet) (Entered: 07/06/2005) |
| 07/13/2005 | 10 | NOTICE *OF SERVICE OF DISCOVERY RESPONSES* by Keith Coleman (Neyland, Christopher) (Entered: 07/13/2005) |
| 07/20/2005 | 11 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER from MDL (THR, ) (Entered: 07/20/2005) |
| 08/15/2005 | | Mailed entire file, along with a certified copy of the docket entries and a copy of the transfer order to USDC for the District of Massachusetts (THR, ) (Entered: 08/15/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/22/2005 15:16:53 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:04-cv-00722-WHB-AGN |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |